UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brandon C. Jones

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

Ms. Jisin H. Thomas, Director of VOA CSS Program

Mr. Jonathan Tauarez, Deputy Director VOA CSS Program

Volunteers of America HQ 135 West 50th Street NYC NY 10024

Volunteers of America Corporation, 65 Charles Gay Loop New York NY 10035

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes  ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Violation of 4th and 14th Constitutional Amendment

Violation of the Americans with Disability Act of 1990 42USC Failure to provide Reasonable Accommodation

Violation of the Civil Rights Act of 1964, Title VII

# Harassment & Intimidation by the above named Defendants, 42USC 3617

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Brandon C. Jones_____, is a citizen of the State of
             (Plaintiff's name)

## New York (SDNY)

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **Ms. Jisin H. Thomas**, is a citizen of the State of
(Defendant's name)

**New York (SDNY)**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, **Volunteers of America GNY Corporation**, is incorporated under the laws of the State of **New York ( NYS-DOS: 1564462)**

and has its principal place of business in the State of **New York NY**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **Manhattan New York NY**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| **Brandon** | **C.** | **Jones** |
|---|---|---|
| First Name | Middle Initial | Last Name |

**65 Charles Gay Loop Bed 43**
Street Address

| **New York** | **NY** | **10035** |
|---|---|---|
| County, City | State | Zip Code |

| **212-470-1465** | **brandoncjones9131982@gmail.cc** |
|---|---|
| Telephone Number | Email Address (if available) |

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| First Name | Last Name |
|---|---|
| Ms. Jisin H. | Thomas |

Current Job Title (or other identifying information): Director VOA CSS Program

Current Work Address (or other address where defendant may be served): 65 Charles Gay Loop

| County, City | State | Zip Code |
|---|---|---|
| New York | NY | 10035 |

Defendant 2:

| First Name | Last Name |
|---|---|
| Mr. Jonathan | Tauarez |

Current Job Title (or other identifying information): Deputy Director VOA CSS Program

Current Work Address (or other address where defendant may be served): 65 Charles Gay Loop

| County, City | State | Zip Code |
|---|---|---|
| New York | NY | 10035 |

Defendant 3:

| First Name | Last Name |
|---|---|
| Volunteers of America | Corporation |

Current Job Title (or other identifying information): President, CEO, Board Of Directors, General Corporation

Current Work Address (or other address where defendant may be served): 135 West 50th Street

| County, City | State | Zip Code |
|---|---|---|
| New York | NY | 10024 |

Defendant 4: **Volunteers of America Corporation, Swartz Shelter**
First Name               Last Name
Directors, Program Manager (s), General Staff, 1099 contractors
Current Job Title (or other identifying information)
65 Charles Gay Loop
Current Work Address (or other address where defendant may be served)
New York  NY  10035
County, City                State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Swartz Shelter 65 Charles Gay Loop New York NY 10035

Date(s) of occurrence: February 2nd 2020 thru July 16th 2020

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Ms. Jisin H. Thomas failed to provide Reasonable Accommodation, under the requirements of the Americans with Disabilities Act of 1990. When I requested accommodations on numerous occasions. Ms. Thomas repeatedly failed to provide Reasonable Accommodation, with regards to the advise of Medical Personnel and took upon herself to disregard all Medical Documentation. Ms. Jisin H. Thomas even engaged tactics of Retaliation and forms of Intimidation, by engaging in unlawful behavior and filing a formal complaint with Individual Mr. Darrel Spencer, after finding out about my sincere complains to VOA Corporate Offices and other NYS/NYC Departments, regarding the Safety and Hygiene issues of the Swartz Shelter of 65 Charles Gay Loop New York NY 10035. Individual Mr. Darrel Spencer contacted me from a private.number and demanded that I report to his Supervisor @ 500 Pearl Street SDNY and the issues continues today without any relief or stoppage.

Mr. Jonathan Tauarez has engaged in tactics and disregarded all required request for assistance, under the Americans with Disabilities Act of 1990 Reasonable Accommodation. Mr. Jonathan Tauarez deemed necessary to write out a formal infraction against me on July 9th 2020 and sent to Individual Mr. Darrel Spencer, before presenting the document to me and demanded with a loud voice, I sign the document. Which I did not agree nor signed and walked away. Again, Individual Mr. Darrel Spencer contacted me from a private number, about the infraction and Mr. Spencer made threatening statements of going before the Judge and questioned me about the aforementioned and the issues continues today without any relief or

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Since initiating residency @ the VOA Swartz Shelter and CSS Program February 2nd 2020, I have been suffering painful and emotional infections of the feet, which are severely burned. Since arriving, I duly noticed the failure of cleaning the Shower and Bathroom areas in Dorm-2 CSS Program, especially when the clients do ever illegal thing, in the shower area. I ave reported it to VOA Principal Staffing and was told to mind my own (f-- -king business) and nothing was done. Having known about the NYC Hygiene Act of NYC Charter 47, I asked for cleaning supplies to do it myself and was told no, even with Medical Personnel Documentation, they still refused to assist. Fearful of my safety, due to the Retaliation and emotional Intimidation by

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Stronger Policy or Policies, governing the operation of 65 Charles Gay Loop New York NY 10035 and to install an overseer, to truly monitor- the interactions of the Volunteers of America Corporation and staffing, alike with the Client (s) of the Swartz Shelter system. To ensure ea h and every Client is being treated fairly, under the Rule of Law. Further, the Termination of Ms. Jisin H. Thomas and the prevention or barring of her from seeking employment with another Shelter or Nursing Home Facility, anywhere in the State of New York.

The Termination of Mr. Jonathan Tauarez from the CSS Program and the

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| July 16th 2020 | | *Plaintiff's Signature* | |
|---|---|---|---|
| Dated | | Plaintiff's Signature | |
| Brandon | C. | Jones | |
| First Name | Middle Initial | Last Name | |
| 65 Charles Gay Loop Bed 43 | | | |
| Street Address | | | |
| New York | | NY | 10035 |
| County, City | | State | Zip Code |
| 212-470-1465 | | brandoncjones9131982@gmail.com | |
| Telephone Number | | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

General Practice Associates
Larry P. Doroshow D.O.
Gary M. Cohen M.D.
J. Douglas Lawson D.O.
7131 Ridge Avenue
Philadelphia, PA. 19128
PH: (215)483-2113 FX: (215)483-8012

PATIENT: Brandon Jones
DATE OF BIRTH: 09/13/1982
DATE: 07/31/2015 3:00 PM
VISIT TYPE: Office Visit

### History of Present Illness
This 32 year old male presents with:
**1. chronic conditions**
Cellulitis and abscess of foot, except toes (onset 12/09/1992; Stable. Left foot has been leaking >1 week, right x 4-5 days with funny odor. Mildly red.) Lymphedema (onset 05/31/1993; Stable. Right leg and left foot get more swolllen often.) Migraine, unspecified with intractable migraine, s (onset 06/17/1996; Stable. 1 migraine this week. Usually 1-2/week.) Hypertension, benign (onset 08/19/2011; Stable.)

### Chronic Problems
Von Willebrand's Disease
Sleep Apnea, Obstructive
ASTHMA,UNSPECIFIED TYPE, UNSPECIFIED
GERD
Cellulitis and abscess of foot, except toes
Hypertension, benign
Burn of unspecified degree of lower leg
Migraine, unspecified with intractable migraine, s
Lymphedema
Depression
Late effect of burn of other extremities

### Past Medical History
Reviewed, no changes. Last detailed document: 05/22/2013.

### Social History
Reviewed, no changes. Last detailed document date: 05/06/2013.

### Allergies
Reviewed, no changes.

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Latex | | |
| Ciprofloxacin Hcl | | |
| Sulfa (sulfonamide Antibiotics) | | |
| Ciprofloxacin | | |
| Peanut | | |
| Cefdinir | | |
| Clindamycin | | Angioedema |

07/31/2015 3:00 PM 09/13/1982 Brandon Jones
Ampicillin

## Review of Systems
**Constitutional:**
Negative for chills, fatigue and fever.

**Respiratory:**
Negative for cough, dyspnea and wheezing.

**Cardiovascular:**
Positive for:
- Edema.

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**
Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.

**Neuro/Psychiatric:**
Positive for:
- Headache.

Negative for dizziness.

**Hematology:**
Positive for:
- Easy bleeding.
- Easy bruising.

## Vital Signs
**Height**

| Time | ft | in | cm | Last Measured | Method | % |
|---|---|---|---|---|---|---|
| 3:07 PM | 5 | 11 | | 05/01/2013 | carried forward | |

**Weight / BSA / BMI**

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 3:07 PM | 286 | | | | | 39.88 | |

**Blood Pressure**

| Time | BMI kg/m2 | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 3:41 PM | 134/84 | sitting | right | | | adult |

## Measured By

| Time | |
|---|---|
| 3:41 PM | Gary Cohen MD |
| 3:07 PM | VALERIE BEVERLY |

## Physical Exam
**Constitutional:**
Well developed.
**Eyes:**
Right
No injection.
PERRLA.
Left
No injection.
PERRLA.
**Nose / Mouth / Throat:**
Lips/Teeth/Gums: Normal teeth and gums
Tonsils: No tonsillar hypertrophy or exudates
Oropharynx: No pharyngeal erythema or exudates or mucosal lesion

07/31/2015 3:00 PM 09/13/1982 Brandon Jones

Electronically signed by Gary M. Cohen MD on 08/05/2015 02:57 PM — printed 2-13-20

## Point of Care Test CSN Barcode

**JONES, BRANDON "BRANDON \***
**MRN:** 1828414
**DOB:** 9/13/1982 (37 yrs) Male
**CSN:** 35601419

**AC35601419**

AC35601419

**Please place document in confidential bin upon test completion.**

# Bureau of Prisons
# Health Services
# Inmate GCT Release

**Reg #:** 77927-054        **Inmate Name:** JONES, BRANDON

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: _____        Transfer Date: 02/01/2020

## Health Problems

| Health Problem | Status |
|---|---|
| Hereditary factor VIII deficiency | Current |
|    Von Willibrand's Disease | |
| Obesity | Current |
| ~~[redacted]~~ | Current |
|    Rule-Out | |
| Posttraumatic Stress Disorder | Current |
| Essential (primary) hypertension | Current |
| Gastro-esophageal reflux disease without esophagitis | Current |
| Unspecified hemorrhoids | Current |
| Disorder of prostate, unspecified | Current |
| Heartburn | Current |
| Pain, unspecified | Current |

**Medications:** All medications to be continued until evaluated by a physician unless otherwise indicated.
**Bolded drugs required for transport.**

Acetaminophen 325 MG Tab  Exp: 07/21/2020  SIG: Take two tablets (650 MG) by mouth three times daily
Amitriptyline 75 MG Tab  Exp: 07/21/2020  SIG: Take one tablet (75 MG) by mouth every night at bedtime for pain ***pill line*** ***pill line***
ARIPiprazole 5 MG Tab  Exp: 07/21/2020  SIG: Take one tablet (5 MG) by mouth at bedtime ***pill line*** *consent form on file * ***pill line***
Baclofen 10 MG Tab  Exp: 07/21/2020  SIG: Take one tablet (10 MG) by mouth three times daily ***pill line*** ***crush/empty*** ***pill line***
FLUoxetine HCl 20 MG Cap UD  Exp: 01/22/2021  SIG: Take one capsule (20 MG) by mouth each day ***pill line*** *consent form on file * ***pill line***
Omeprazole 20 MG Cap  Exp: 07/21/2020  SIG: Take one capsule (20 MG) by mouth each day
Pregabalin 100 MG Cap UD  Exp: 02/22/2020  SIG: Take one capsule (100 MG) by mouth three times daily for chronic unrelenting pain *Date of last pain assessment: 1/13/20 ***crush/empty*** ***pill line***
Propranolol LA 24 Hour 80 MG Cap  Exp: 07/21/2020  SIG: Take two capsules (160 MG) by mouth each day
Tamsulosin HCl 0.4 MG Cap  Exp: 07/21/2020  SIG: Take one capsule (0.4 MG) by mouth each evening
Vitamin A & D Ointment 60 GM  Exp: 07/21/2020  SIG: Apply a small amount topically to the affected area(s) twice daily

**OTCs:** Listing of all known OTCs this inmate is currently taking.
None

**Pending Appointments:**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 01/27/2020 | 00:00 | Sick Call/Triage | MLP 02 |
| 01/28/2020 | 00:00 | Exit Summary | MLP 02 |
| 01/31/2020 | 00:00 | Rehab Treatment | Nurse-Wound Care |
| 02/29/2020 | 00:00 | Psychiatry Follow Up | MLP Psych |
| 03/23/2020 | 00:00 | Pain Management | Pharmacist |
| 03/27/2020 | 00:00 | PPD Administration | Nurse |
| 07/03/2020 | 00:00 | Chart_Review | Nurse-LSCI |
| 07/07/2020 | 00:00 | Chemotherapy | Oncology DR 03 |
| 11/17/2020 | 00:00 | Chronic Care Visit | Physician 02 |
| 11/10/2022 | 00:00 | Preventive Health Visit | Physician 02 |

**Non-Medication Orders:**

Reg #: 77927-054                    Inmate Name: JONES, BRANDON

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

| Order Name | Status | Frequency | Duration | Order Date | Details |
|---|---|---|---|---|---|
| Gauze Sponges - 4X4 | Transcribed Not Complete | Monthly | 90 days | 11/21/2019 | |
| Tape | Transcribed Not Complete | Monthly | 90 days | 11/21/2019 | |
| Wound Cleanser Spray | Transcribed Not Complete | Monthly | 90 days | 11/21/2019 | |
| Adherent Dressing | Transcribed Not Complete | Monthly | 90 days | 11/21/2019 | can patient have one box of calcium sodium alligate be issued so he can do dressing changes in unit |
| Hibiclens | Transcribed Not Complete | Every 2 weeks | 90 days | 12/02/2019 | |
| Weight | Transcribed Not Complete | Weekly | 180 days | 01/07/2020 | |
| PICC/Port Flush | Transcribed Not Complete | Monthly | 180 days | 01/23/2020 | Please flush Porta-cath as per BOP nursing protocol once a month. Thank you. |

**Active Alerts:**

| Start Date | Alert | Stop Date | Comments |
|---|---|---|---|
| 04/02/2019 | Bleeding Disorder | | Von Willebrand's Disease - Inmate states that, in the past, he has been given Amicar prior to having invasive dental procedures (prophy/extractions). |

**Consultations:**

**Pending Institutional Clinical Director Action**
No Data Found

**Pending UR Committee Action**
No Data Found

**Pending Regional Review Action**
No Data Found

**Pending Scheduling**
No Data Found

**Pending Consultation**
No Data Found

**Pending Results**

Consultation/Procedure Requested: Wound Care
             Subtype: Off-site
             Location: Offsite
         Ordered Date: 01/07/2020
 Scheduled Target Date: 01/15/2020
    Inmate Sent Date: 01/22/2020
        Level Of Care: Medically Necessary - Non-Emergent
   Reason for Request: 37 year old morbidly obese Hispanic IM who was discharged from UNC Burn Unit after management of acute Cellulitis of the left L.E. and MRSA infection. He has had prior hx of severe burns over both L.E. s/p skin grafting. He needs to have a follow up appointment with Burn center in 7 to 10 days according to the D/S. Please schedule for the same. Thank you.
 Provisional Diagnosis: Acute Cellulitis of the left L.E. with MRSA infection with hx of prior burns and skin grafting.

**TB Clearance:** Yes

Last PPD Date: 03/27/2019                              Induration: 0mm
Last Chest X-Ray Date: _____                 Results: _____
TB Treatment: _____                          Sx free for 30 days: Yes
TB Follow-up Recommended: No

Generated 01/28/2020 11:30 by Dowrich, A. FNP-C     Bureau of Prisons - BUF                    Page 2 of 3

Reg #: 77927-054     Inmate Name: JONES, BRANDON

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Sickle Cell:**
Sickle Cell Trait/Disease: No

**Limitations/Restrictions/Diets:**
Cell: lower bunk --- 07/17/2020
Other Housing Status Restrictions: BMI 43 --- permanent
Cleared for Food Service: No
Other diet restrictions: heart healthy --- 03/30/2020
Special instructions: Meals on Unit ACU

**Comments:**
GCT release on 2/1/20
PPD: 0mm on 3/27/19

**Allergies**
Sulfa Antibiotics
Penicillins
Latex Exam Gloves
Peanut Oil

**Devices / Equipment**
Orthotics
Bi-PAP
Pillow
Eye Glasses
Medical Shoes
All-purpose boot
Compression garment - leg
Shower Protection Bag, Leg

**Travel:**
Direct Travel: No
Travel Restrictions: None

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

Transfer From Institution: BUTNER LOW FCI
Address 1: OLD NC HWY 75
Address 2:
City/State/Zip: BUTNER, North Carolina 27509
Phone Number: 9195755000

Name/Title of Person Completing Form: Dowrich, A. FNP-C       Date: 01/28/2020

Inmate Name: JONES, BRANDON     Reg #: 77927-054   DOB: 09/13/1982   Sex: M

Generated 01/28/2020 11:30 by Dowrich, A. FNP-C       Bureau of Prisons - BUF       Page 3 of 3

# VOLUNTEERS OF AMERICA – GREATER NEW YORK

## CLIENT GRIEVANCE FORM

If you wish to file a grievance, please write your concerns on this form and give it to either your case manager or his/her supervisor, whomever appropriate.

Client Name: _Brandon Trapp_   Date: _July 9th 2020_

My grievance is as follows:

Assistant Director – Mr. Jonathan Tormzer – provided a write-up or Infraction – for using a distance learning Dell acer laptop – as per our msg in the midst of the stress of COVID 19 – No warning was given Just the write of it's deeply inappropriate to write up was in concert to my continuing to NYC CCS NYC Department of Health, New York State Dep of Disability as medical services for CSS or LDA particular top camp. w/ a medical Advise – written @ failure to provide reasonable accomodation – NEW / ADA 1090. Such – 42 USC – 12101 = The above statement pertains to retaliation for Whistle blower NY law 840 copy# 221528

Completed By: _[signature]_   Date: _July 9th 2020_

Received By: _[signature]_   Date: _7/16/20_

Findings:
_____
_____
_____
_____
_____

Decision:
_____
_____
_____
_____
_____

_____   Date: _____
Program Director/Assistant Vice President Signature

5/2002



# Volunteers of America®
### EVERYDAY MIRACLES®

## VOLUNTEERS OF AMERICA – GREATER NEW YORK

## CLIENT GRIEVENCE FORM

**If you wish to file a grievance, please write your concerns on this form and give it to either your case manager or his/her supervisor, whomever appropriate.**

Client Name: Brian M Jones         Date: July 15th 2020

My grievance is as follows:

Under The Disability Act of 1990 42 U.S.C - 12101 - civil rgnt. 64 The reason I write this Grievence, due to the complete failure to provide Suiteable conditions or a suitable living spaces which includes The Failure to provide proper medical services or equipment - as deemed medically necessary by Independent medical professionals - Failure to provide adequate security within the person - I shouldn't have to wake-up with needles - in my bag Complaint # 221528

Completed by: [signature]         Date: July 15th 2020
                                  KS 7/16/20
Findings:

_____
_____
_____
_____
_____

Decision:

_____
_____
_____
_____
_____

Program Director/Division Director: _____ Date: _____