UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
BRANDON C. JONES,                                      :
                                                       :
                Plaintiff,                             :      20-CV-5581 (AJN) (OTW)
                                                       :
        -against-                                      :      CASE MANAGEMENT CONFERENCE
                                                       :      ORDER
MS. JISIN H. THOMAS, et al.,                           :
                                                       :
                Defendants.                            :
                                                       :
                                                       :
-------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 31. The parties shall meet and confer, and by **March 9, 2021 at 5:00pm**, Defendants shall file a response or joint letter. Pro se plaintiff is reminded to file all requests on the docket. Any future requests emailed to chambers will be ignored.

The Clerk of the Court is respectfully directed to send a copy of this Order to the *pro se* Plaintiff. Defendant shall also serve a copy of this Order on Plaintiff by email.

**SO ORDERED.**

Dated: March 5, 2021
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge