**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BRANDON C. JONES,

          Plaintiff,

          -against-

VOLUNTEERS OF AMERICA GREATER NEW YORK, et al.,

          Defendants.
------------------------------------------------------------x

20-CV-5581 (AJN) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the Court's instructions at the March 11, 2021 conference with only Defendants in attendance:

- Defendants are directed to order a copy of the conference transcript and serve a copy of the transcript **and this order** on Plaintiff via email and mail. Defendants shall file such proof of service on the docket.
- After Plaintiff has reviewed the transcript, the parties shall meet and confer regarding **(1)** whether the parties agree for discovery to be stayed pending the Court's decision of Defendants' motion to dismiss (ECF 29) and **(2)** the briefing schedule for Plaintiff's opposition to Defendants' motion to dismiss and Defendants' reply thereto. Defendants shall thereafter file a letter confirming whether the parties agree for discovery to be stayed, and providing the joint proposed briefing schedule.

                                                  *s/ Ona T. Wang*

Dated: March 12, 2021                          **Ona T. Wang**
       New York, New York            United States Magistrate Judge