```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BRANDON C. JONES,                                            :
                                                             :
                    Plaintiff,                               :
                                                             :   20-CV-5581 (AJN) (OTW)
          -against-                                          :
                                                             :   ORDER
                                                             :
VOLUNTEERS OF AMERICA GREATER NEW                            :
YORK, et al.,                                                :
                                                             :
                    Defendants.                              :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Defendants' letter dated May 12, 2021 (ECF 38). Plaintiff's opposition to Defendants' motion to dismiss (ECF 29) is due **June 18, 2021**. Defendant's reply is due **July 9, 2021**. If Plaintiff requires an extension to his opposition deadline because of his health (*see* ECF 31), Plaintiff shall file a letter by **June 11, 2021 proposing a revised deadline.** Discovery is hereby stayed pending the Court's decision on Defendants' motion to dismiss.

**FAILURE TO FILE A TIMELY OPPOSITION MAY CAUSE DEFENDANTS' MOTION TO DISMISS TO BE DEEMED UNOPPOSED AND/OR LEAD TO A RECOMMENDATION THAT THIS CASE BE DISMISSED FOR FAILURE TO PROSECUTE**.

Defendants are directed to serve a copy of this Order and ECF 29 to Plaintiff by mail and email and file proof of service on the docket by **May 21, 2021**.

Dated: May 17, 2021
      New York, New York

                                                   *s/ Ona T. Wang*
                                               **Ona T. Wang**
                                               United States Magistrate Judge