**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

BRANDON C. JONES,

              Plaintiff,

              -against-

VOLUNTEERS OF AMERICA GREATER NEW YORK, et al.,

              Defendants.

------------------------------------------------------------x

20-CV-5581 (AJN) (OTW)

**ORDER**

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court has reviewed *pro se* Plaintiff's June 8, 2021 email correspondence. (ECF 42). The Court notes that Plaintiff emailed the Pro Se Intake Unit, but did **NOT** follow proper procedures for making filings by email. The Court construes Plaintiff's email as an opposition to Defendant's motion to dismiss dated March 4, 2021, a request for an unspecified extension or stay, and a request for appointment of *pro bono* counsel. Plaintiff's requests are **GRANTED** in part and **DENIED** in part.

      If *pro se* Plaintiff wishes to file an additional opposition to Defendants' motion to dismiss, he must do so by **June 30, 2021**. Discovery remains stayed pending the Court's decision

on the motion to dismiss. Plaintiff's request for *pro bono* counsel is **DENIED without prejudice**.[1] Plaintiff may renew his request for counsel if the case survives Defendants' motion to dismiss.

**Filings** by a *pro se* party must be sent to the Pro Se Intake Unit by email (Temporary_Pro_Se_Filing@nysd.uscourts.gov), regular mail, or in-person delivery at the drop box at the Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007). Instructions are available at https://nysd.uscourts.gov/forms/instructions-filing-documents-email and https://www.nysd.uscourts.gov/prose. **Plaintiff should NOT email filings to Chambers directly and is advised to limit his filing of sensitive personal information and documents to those necessary and relevant to this litigation.**

Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by June 18, 2021.

Dated: June 15, 2021  
      New York, New York

*s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge

---

[1] In a civil case, such as this, the Court cannot actually "appoint" counsel for a litigant. Instead, the Court may only "request" that an attorney volunteer to represent a litigant. *Mallard v. U.S. Dist. Court for the S. Dist. of Iowa*, 490 U.S. 296, 301–310 (1989); *see Hodge v. Police Officers*, 802 F.2d 58, 61-62 (2d Cir. 1986) (setting forth factors a court should consider in deciding whether to request *pro bono* counsel). Therefore, even when the Court exercises its discretion to seek *pro bono* representation for a civil litigant, there is no guarantee that an attorney will actually ever volunteer to take the case, and a lengthy period of time may pass before an attorney volunteers. The Court often orders that the litigation progress at a normal pace and directs the litigant to be prepared to proceed without counsel. *See, e.g.*, *Liverpool v. Davis*, No. 17-cv-3875 (KPF), 2021 WL 601653, at *2 (S.D.N.Y. Jan. 29, 2021).