USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brandon C. Jones,

               Plaintiffs,

–v–

Ms. Jisin H. Thomas, *et al.*,

               Defendants.

20-cv-5581 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the Plaintiff's third amended complaint, Dkt. No. 25, and Defendants' motion to dismiss the third amended complaint, the Defendants' motion to dismiss the second amended complaint is denied as moot. Dkt. No. 21. The Court will rule on the motion to dismiss the third amended complaint in due course.

    This resolves Dkt. No. 21.

    SO ORDERED.

Dated: September 22, 2021
       New York, New York

                                           ALISON J. NATHAN
                                           United States District Judge