**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRANDON C. JONES,

                       Plaintiff,

    -against-                                          20 **CIVIL** 5581 (MKV)

                                                             **JUDGMENT**

VOLUNTEERS OF AMERICA GREATER NEW
YORK, et al.,

                     Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2022, Defendants' Motion to Dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

           March 14, 2022

                                                                  **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                                                BY:
                                                                  **Deputy Clerk**